## 18589.    McCARTNEY *v.* WILSON.

It was error to render final judgment on sustaining a certiorari, where there was conflict in the evidence on a material issue of fact.

DECIDED JANUARY 7, 1928.

Certiorari; from Fulton superior court—Judge Howard. October 17, 1927.

*Savage & Crawford,* for plaintiff in error.

*Underwood, Haas & Gambrell, R. Emerson Gardner,* contra.

LUKE, J. The question presented by this record is whether or not the judge of the superior court erred in reversing the judgment of the appellate division of the municipal court of Atlanta, and rendering a final judgment for Mrs. S. T. Wilson in her suit on a note against G. L. McCartney.

The sustaining of the certiorari was not error. However, there being some conflict in the evidence as to whether or not the money sued for was a gift and not a loan, the court erred in rendering a final judgment, and the case should be remitted to the municipal court of Atlanta for another hearing. In view of the foregoing, it would answer no good purpose to review the evidence as to the other defenses interposed.

*Judgment reversed.    Broyles, C. J., and Bloodworth, J., concur.*

Certiorari, 11 C. J. p. 212, n. 65.